

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-22-00124-CR |
| REGINALD C. GILBERT | § | Appeal from the |
| | § | 142nd Judicial District Court |
| | § | of Midland County, Texas |
| | § | TC # CR57648 |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF SEPTEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley JJ.